**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gaspar Arredondo HERRERA, aka
Gaspar Herrera–Arredondo,
Defendant—Appellant.**

No. 04–30392.

United States Court of Appeals,
Ninth Circuit.

Submitted: June 14, 2005.*

Decided: June 16, 2005.

Donald E. Kresse, Jr., Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

K. Elizabeth Dahlstrom, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: PREGERSON, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

Defendant Gaspar Arredondo Herrera challenges his conviction by guilty plea for being an alien illegally in the United States following an order of removal, in violation of 18 U.S.C. § 1326. Defendant contends that the district court's violations of Federal Rule of Criminal Procedure 11 require us to vacate his guilty plea and conviction. We disagree.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

1. Our decision in *United States v. Van Doren,* 182 F.3d 1077 (9th Cir.1999), forecloses Defendant's argument that the district court committed plain error in failing to ask if anyone had forced Defendant to plead guilty.

2. Because Defendant was not placed under oath during the plea hearing, the district court was not required to inform Defendant that the government could use against him any statement that he gives under oath. Fed.R.Crim.P. 11(b)(1)(A). Moreover, Defendant is unable to demonstrate "a reasonable probability that, but for the error, he would not have entered the plea," because he made no statement to. which the warning in Rule 11(b)(1)(A) would apply. *United States v. Dominguez Benitez,* 542 U.S. 74, 124 S.Ct. 2333, 2336, 159 L.Ed.2d 157 (2004).

3. The sentence is remanded for processing in accordance with *United States v. Ameline,* 409 F.3d 1073, 1085 (9th Cir. 2005) (en banc).

Conviction AFFIRMED; sentence REMANDED.

**Tamara Jora KIKOYAN, Petitioner,**

v.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Alberto R. GONZALES,* Attorney General, Respondent.

No. 03–73015.

United States Court of Appeals, Ninth Circuit.

Submitted: June 8, 2005.**

Decided: June 16, 2005.

Alan Aghabegian, Law Offices of Alan Aghabegian, Glendale, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Margaret Perry, Esq., R. Lynne Harris, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, RYMER, and FISHER, Circuit Judges.

MEMORANDUM ***

Tamara Jora Kikoyan is a native and citizen of Armenia. She appeals a Board of Immigration Appeals decision denying her asylum, withholding of removal, and relief under the Convention Against Torture.

Adverse credibility findings are reviewed under the deferential substantial evidence standard and will be upheld unless the evidence compels a contrary result. *Melkonian v. Ashcroft*, 320 F.3d

1061, 1065 (9th Cir.2003). In this case, the immigration judge's adverse credibility decision is amply supported by inconsistencies within Kikoyan's testimony and inconsistencies between her testimony and her asylum application. In particular, the immigration judge properly gave considerable weight to the fraudulent INS letter. In the absence of credible testimony there is no evidence in the record of past persecution, a well-founded fear of future persecution, or a fear of torture. Accordingly, the decision of the Board of Immigration Appeals is affirmed.

**PETITION DENIED.**

Essie EVANS, Plaintiff—Appellant,

v.

MUTUAL OF OMAHA INSURANCE COMPANY; California State Employees Association, Defendants—Appellees.

No. 03–56720.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 2005.

Decided June 16, 2005.

Christian J. Garris, Kabateck & Garris, Los Angeles, CA, for Plaintiff–Appellant.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.